AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KENNETH G. MARION, | ) Case No. 13-8087-DLB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Troy Raines, Task Force Officer, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 2-20-2013

_____
Judge's signature

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
Printed name and title

Your affiant, Troy L. Raines, first being duly sworn, does hereby depose and state as follows:

1. Your affiant has been a police officer for over eighteen years. Your affiant was employed as a certified Police Officer from January 1994 to August 2001 with the Salisbury Police Department in Salisbury, MD. Since August 2001, your affiant has been employed as a certified Police Officer with the Boynton Beach Police Department in Boynton Beach, FL. During this tenure, your affiant has been involved in patrol operations, street crimes units, and Detective Bureau. Your affiant has been involved in several investigations involving violent crimes. Your affiant has been involved in the writing and execution of over fifty search and seizure warrants for narcotics, and other items related to violent crimes. Your affiant has received numerous hours of training in homicide investigations, narcotics investigations, street gang investigations, and investigative interviewing procedures. Since September 2006, your affiant has been assigned to the Palm Beach County Sheriff's/Violent Crimes Task Force/Gang Unit. Your affiant was deputized as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in December 2009. Your affiant's responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44).

2. This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians. This affidavit does not contain every fact about this case known to your affiant, but only enough facts

to establish probable cause to believe that Kenneth G. MARION committed a violation of 18 U.S.C. § 922 (g)(1), possession of a firearm by a convicted felon.

3. On February 20, 2013 the Federal Bureau of Investigation (FBI) and the Palm Beach County Sheriff's Office (PBSO) executed a search warrant at 3730 N. Jog Road Apartment # 105 West Palm Beach, Palm Beach County, Southern District of Florida. The search warrant for the residence was obtained pursuant to an ongoing narcotics investigation and was signed by US Magistrate Judge Brannon on February 15, 2013. Upon execution of the search warrant by an FBI SWAT team, MARION was determined to be the only individual inside the residence. MARION was located inside his bedroom which was on the north side of the apartment immediately adjacent to the living room. MARION was asked by FBI Agents, who were concerned for officer safety if there was anything inside the residence, and MARION stated that there was a firearm in the dirty clothes hamper located in his bedroom. At this time, MARION was removed out of the residence pending the search.

4. Your affiant was contacted in reference to the firearm being located in the residence and responded to the above mentioned residence to conduct an investigation. Upon arrival, your affiant met with FBI SA Szczepanski, who was conducting the search of the residence. SA Szczepanski stated that a Taurus Model PT145 .45 caliber semiautomatic handgun, Serial # NZ666107 was located in the clothes hamper inside the above described bedroom. The firearm was loaded with (10) Aquilla .45 caliber ammunition and had a round in the chamber ready to fire. Your affiant then met with MARION, who was seated outside the residence but not handcuffed. Your affiant advised MARION of his Miranda Warnings, which he signed the card indicating that he understood his rights.

Your affiant asked MARION about the firearm inside his bedroom. MARION stated that he knew the firearm was inside the bedroom, but it did not belong to him. MARION stated that he has handled and touched the firearm and that his DNA would be on the firearm. MARION stated that he and his cousin, Jerrick Bartee, live at the residence and that they have the firearm for protection. Your affiant asked MARION if they needed it for protection because of narcotics. Your affiant explained to MARION that the search warrant was being conducted in reference to a narcotics investigation and Bartee was known to be selling cocaine. MARION stated that is why the firearm was at the residence because they were afraid of being robbed.

5. During the course of the search of the residence, there was also a glass pot containing a white powdery substance that tested positive for the presence of cocaine. This pot was found wrapped inside of a white t-shirt lying on a table in MARION's bedroom. Also wrapped up in the t-shirt was a digital scale, which is commonly used to weight and measure narcotics. Further search of MARION's bedroom, agents located a gold sunglass case, which contained a clear plastic bag containing what appeared to be several pieces of suspected crack cocaine. All of the evidence was photographed by PBSO Crime Scene Investigator and placed into PBSO evidence.

6. Your affiant was contacted in reference to the firearm location, and began an investigation into the case. Your affiant ran an NCIC criminal history check and a computer check from the 15th Judicial Circuit Court Clerk of Courts website and discovered that prior to February 20, 2013; the defendant Kenneth G. MARION has been previously convicted of the following felonies, which are punishable by more than one year in the Department of Corrections.

    May 6, 2005-Grand Theft Auto-Case # 05CF004326A02

    January 4, 2007-Grand Theft Auto/Possession of Cocaine-Case # 05CF013705A02

    November 30, 2007-Possession of Cocaine-Case # 07CF013381

    April 17, 2008-Possession of Cocaine-Case # 08CF005258AXX

    June 25, 2009-Possession of Cocaine-Case # 2008CF18190AMB

    June 24, 2011-Possession of Cocaine-Case # 2010CF007445AMB

    January 27, 2012-Possession of Cocaine-Case # 2011CF010739AMB

7. Your affiant consulted with ATF SA Michael Kelly who have received extensive training in the manufacture and commerce of firearm, and has been admitted as an expert witness in the area of the interstate commerce nexus of firearms and ammunition on numerous prior occasions in the United States District Court for the Southern District of Florida, and elsewhere. SA Kelly has advised your affiant that the Taurus Model PT145 .45 caliber handgun and Aquilla ammunition are not manufactured inside the State of Florida, and since the firearm was recovered in Florida, such, of necessity, had to have traveled in and affected interstate and/or foreign commerce.

8. Based upon the previous facts, this affiant believes that there is probable cause to believe that Kenneth G. MARION illegally possessed a firearm after being convicted of a crime punishable by a term of imprisonment exceeding one year in violation of Title 18 USC, section 922(g)(1).

AFFIANT FURTHER SAY IT NAUGHT

TROY L. RAINES
TASK FORCE OFFICER
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS
AND EXPLOSIVES

Sworn to and subscribed before me this
20th Day of February, 2013

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.   13-8087-DLB

Defendant's Name:   KENNETH G. MARION

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Felon in possession of a firearm | 18:922(g) | 10 years' imprisonment<br>$250,000 fine<br>SR: up to 3 years |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. \_\_\_13-8087-DLB\_\_\_

UNITED STATES OF AMERICA

vs.

KENNETH G. MARION,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? \_\_\_\_\_ Yes \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? \_\_\_\_\_ Yes \_\_X\_\_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
for RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Rinku.Tribuiani@usdoj.gov
Florida Bar No. 0150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777